AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor);
Count 2: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a BAC of .08% or Greater (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Counts 1 & 2:
Imprisonment: Max. 6 months
Probation: Max. 5 years
Fine: Max. $5,000
Special Assessment: $10

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

DEFENDANT - U.S.
▶ DANIYAR TUYAKBAYEV

MAG

DISTRICT COURT NUMBER
CR 15 086

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
FEB 10 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction            ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
UNITED STATES PARK POLICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MARC PRICE WOLF

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

DAVID CALLAWAY (DCBN 121782)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    marc.wolf@usdoj.gov

Attorneys for the United States of America

FILED
FEB 10 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

v.

DANIYAR TUYAKBAYEV,

    Defendant.

CASE NO. CR 15 086

VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) — Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) — Operating a Motor Vehicle with a BAC of .08% or Greater (Class B Misdemeanor)

INFORMATION

The United States Attorney charges:

COUNT ONE: (36 C.F.R. § 1004.23(a)(1)—Operating a Motor Vehicle Under the Influence of Alcohol)

    On or about January 18, 2015, in the Northern District of California, within the boundaries of the Presidio Trust, the defendant,

DANIYAR TUYAKBAYEV,

unlawfully and knowingly operated and was in actual physical control of a motor vehicle while under

INFORMATION

the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

COUNT TWO: (36 C.F.R. § 1004.23(a)(2)—Operating a Motor Vehicle with a Blood or Breath Alcohol Content of 0.08% or Greater)

On or about January 18, 2015, in the Northern District of California, within the boundaries of the Presidio Trust, the defendant,

DANIYAR TUYAKBAYEV,

unlawfully and knowingly operated and was in actual physical control of a motor vehicle while the alcohol concentration in his blood or breath was 0.08% or greater, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED: 2/10/15

MELINDA HAAG
United States Attorney

KEVIN BARRY
Chief, General Crimes

(Approved as to form: _____ )
MARC PRICE WOLF
Assistant United States Attorney

INFORMATION