# EXHIBIT A

STEVEN KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TUYAKBAYEV

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 15-00086 MEJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DECLARATION OF DANIYAR |
| v. | ) | TUYAKBAYEV IN SUPPORT OF |
| | ) | DEFENDANT'S MOTION TO |
| DANIYAR TUYAKBAYEV, | ) | SUPPRESS EVIDENCE |
| | ) | |
| Defendant. | ) | Date: July 9, 2015 |
| | ) | Time: 10:00am |

1. 1. My name is Daniyar Tuyakbayev. I am 30 years old, and I live in San Francisco, California, and I am the registered owner of a 2014 Ford Mustang, license plate number 7APZ798. On January 18, 2015m, I was driving this vehicle in the Presidio.

I swear under penalty of perjury that the foregoing is a true and correct statement.

Signed on 6/10/2015

Daniyar Tuyakbayev

CR 15-00086 MEJ; *United States v. Tuyakbayev*
Declaration of Daniyar Tuyakbayev in Support of Defendant's Motion to Suppress Evidence

- 1 -