MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. EDELMAN (CABN 285177)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-mail: william.edelman@usdoj.gov

Attorneys for the United States of America

ADAM F. LEWIS
Certified Law Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>DANIYAR TUYAKBAYEV,<br><br>    Defendant. | CASE NO. CR 15-00086 MEJ<br><br>**DECLARATION OF ERIC COLE IN SUPPORT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS** |

I, ERIC COLE, hereby declare and state as follows:

1.     I am currently, and at all times relevant to the incident described below was, a police officer for the United States Park Police, assigned to the San Francisco Field Office. I have been a police officer for about four years.

2.     Attached as Exhibit A to this declaration is a true and correct copy of the arrest report I prepared in connection with my January 19, 2015 arrest of Daniyar Tuyakbayev for driving under the

1  influence of alcohol (DUI).

2  3. The facts stated in my police report regarding my detention of Defendant on January 18, 2015 at about 11:37 p.m., and my observations of him once he was detained, are accurate.

4. I have made over one thousand traffic stops. In addition, I regularly conduct traffic enforcement and scrutinize vehicles for evidence of lawful registration while I am on patrol. In my experience, passenger vehicles like the kind driven by Defendant on January 18, 2015 that are registered in California are issued two license plates by the California Department of Motor Vehicles. I have never encountered a non-commercial sedan or coupe that was issued only one license plate by the California Department of Motor Vehicles.

5. A California license plate bearing the registration number "7APZ798," which is referenced in my police report, was affixed to the rear of the car Mr. Tuyakbayev was driving when I stopped him. I did not see that license plate prior to stopping Mr. Tuyakbayev's car.

6. I have been trained and certified to operate motor vehicle speed-measuring equipment including laser-based and radar-based devices. As part of that certification process, I was trained to accurately visually estimate the speed of a moving vehicle. Prior to being certified, I was required to accurately visually estimate within five miles per hour the speed of vehicles moving at various speeds, including speeds between 20 and 80 miles per hour.

7. The posted speed limit in the area where I observed Defendant driving prior to stopping him is thirty miles per hour.

8. I observed Defendant's car approaching me for over one hundred yards, and visually estimated his speed to reach fifty miles per hour before he slowed down for the stop sign that was near where I was standing.

//
//
//
//

COLE DECL. ISO GOV'T REPONSE TO DEF.'S MTS
NO. CR 15-0086 MEJ                    2

1    9.    There were no other officers present when I stopped Mr. Tuyakbayev and made the
2 observations described in my report that led me to conduct field sobriety tests.

3

4    All of the facts set forth in this declaration are based on my personal knowledge and, if called as
5 a witness, I could and would testify competently thereto.

6    I declare under penalty of perjury under the laws of the state of California and the laws of the
7 United States of America that the foregoing is true and correct and that this declaration was executed on
8 June 24, 2015 in San Francisco, California.

9

10 DATED: June 24, 2015

11                                     _____
                                        ERIC COLE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 COLE DECL. ISO GOV'T REPONSE TO DEF.'S MTS
28 NO. CR 15-0086 MEJ                          3

# Exhibit A

PP15005685



# UNITED STATES DEPARTMENT OF THE INTERIOR
## UNITED STATES PARK POLICE
### INCIDENT RECORD

JUVENILE ☐
SIR ☐
FORM DOI-INC-1.0

| Officer: ERIC COLE | | Report Author: COLE, ERIC | |
|---|---|---|---|
| Badge: 0030 | | | |
| Incident Number: PP15005685 | Incident Type: Driving While Intoxicated [90D] | Incident Status: Closed | Source: In person |
| Incident Date and Time: 01/18/2015 23:37 | | Incident Location: Lincoln Boulevard at Pershing Drive | |

Summary: DUI > .08 - (1 Arrest)

**SUSPECT/OFFENDER**

Involvement: ARRESTEE; VEHICLE DRIVER; VEHICLE OWNER
Name: TUYAKBAYEV, DANIYAR    Cautions: --    Date of Birth: 09/24/1984
Age: 30    Sex: Male    Tribal id:    Deceased date: --    Address: 2244 VALLEJO STREET, SAN FRANCISCO, CA USA 94123    SSN: --    Driver's license: E4134524,
Description:
Marks:
Clothing:
Telephone:        [Residence] (Voice) (415) 933-5304
Charges:

**OTHER INVOLVED PERSONS**

Involvement:
Name: --    Date of Birth: --    Sex: --    Tribal id: --    Deceased
date: --    Phone: --    Address: --    Driver's license: --    , --

**VEHICLE**

Involvement: ASSOCIATED WITH
Make: FORD  Model: MUSTANG  Year: 2014   Color: Black  License: 7APZ798  State: California
     VIN: 1ZVBP8CF1E5219737        Body style: Sedan, 2-door

**PROPERTY**

Involvement:
Type: --    Description: --    Make: --    Model: --    Year: --
       Color: --        Serial #: --        Picture: N

PP15005685

Narrative: On January 18th, 2015 at approximately 2337 hours while on duty as a fully uniformed police officer, I was outside of my patrol cruiser (my patrol cruiser had emergency red and blue lights activated) speaking to a citizen at the bus stop at Lincoln Boulevard and Pershing Drive when I heard a loud engine accelerating towards me. I observed a dark colored vehicle travelling northbound on Lincoln Boulevard, from the intersection at Howard Road, at a very high rate of speed. The vehicle was not displaying a front license plate as required by California Vehicle Code. The vehicle slowed for the stop sign posted at my location and I used my flashlight and verbally commanded the driver to pull over.

I made contact with the driver through his open window and immediately smelled the odor of alcohol emanating from the vehicle. The driver, identified as Daniyar TUYAKBAYEV, initially stated that he hadn't consumed alcohol recently, but when I asked him a second time he said he consumed one 12 ounce "Racer 5" brand beer approximately four hours ago with dinner (smoked salmon and mashed potatoes). TUYAKBAYEV stated he wasn't taking any drugs or medication and there was nothing mechanically wrong with his vehicle. TUYAKBAYEV agreed to submit to Standardized Field Sobriety Testing, and he exited his vehicle to do so. Upon exiting the vehicle, I could smell the odor of alcohol emanating from his person, and I observed slurred speech as well as significant red color in the whites of his glassy eyes.

ENVIRONMENTAL CONDITIONS:

Light fog. The ground was dry and lit by streetlights, flashlights, spotlights and vehicle lights. The testing was conducted on flat, level asphalt ground.

HORIZONTAL GAZE NYSTAGMUS

TUYAKBAYEV correctly identified my stimulus as a pen. TUYAKBAYEV displayed lack of smooth pursuit in both eyes. TUYAKBAYEV displayed sustained nystagmus at maximum deviation, as well as sustained nystagmus at angle prior to onset of 45 degrees in both eyes. TUYAKBAYEV also stopped following the pen towards the end of the nystagmus test, and I had to remind him to continue to follow the pen with his eyes.

WALK and TURN

TUYAKBAYEV had difficulty getting into the prescribed starting position as he was stumbling off line and losing his balance. TUYAKBAYEV also began the test before I instructed him to do so, after I instructed him to refrain from starting the test until I told him to. I had to instruct TUYAKBAYEV to get back into the prescribed starting position. I told TUYAKBAYEV to begin the test. TUYAKBAYEV stumbled off-line on step 7 and missed touching heel to toe. TUYAKBAYEV also took 10 steps despite being instructed to take 9 steps. TUYAKBAYEV stumbled on his 10th step and stepped off line. While conducting the turn, TUYAKBAYEV stumbled off line, raised his arms greater than six inches above his sides and nearly fell to the ground. TUYAKBAYEV also took ten steps on the return portion of the test.

ONE LEG STAND

TUYAKBAYEV lifted his right leg for the test. While counting out loud, TUYAKBAYEV counted "four one thousand, six one thousand" skipping the number 5. He then corrected himself and stated "five one thousand" and counted six one thousand again. He did the same thing again, skipping the number 8 and correcting himself. TUYAKBAYEV had significant difficulty pronouncing "thousand" and the other various

PP15005685

numbers, as he was heavily slurring his speech. TUYAKBAYEV also stopped counting at 13, despite being instructed to continue counting until I told him to stop.

PRELIMINARY ALCOHOL SCREENING

I advised TUYAKBAYEV of the Preliminary Alcohol Admonition Statement. TUYAKBAYEV agreed to take the test. Utilizing the Force issued Alco-Sensor IV; (serial #079836) I administered two tests. The first test which began at 2353 hours resulted in a BAC of .168. A second test administered at 2356 hours resulted in a BAC of .146. TUYAKBAYEV had difficulty following instructions which resulted in several failed readings. TUYAKBAYEV was not sealing his lips around the mouthpiece despite being instructed to do so. I could feel his breath on my hand as he was blowing, indicating an improper seal around the mouth piece. Despite the difficulty, the PAS was able to retrieve the aforementioned readings.

I placed TUYAKBAYEV under arrest for suspicion of driving under the influence of alcohol. TUYAKBAYEV's vehicle was parked at Pershing Drive as opposed to ordering an impoundment of the vehicle.

I transported TUYAKBAYEV to USPP Substation #8 at 1217 Ralston Avenue in San Francisco. I advised TUYAKBAYEV of the Chemical Test Admonition Statement, and TUYAKBAYEV chose to conduct a breath test. I administered the breath test utilizing the Intoxilyzer Model 5000. The result of the first test was a BAC of .167 at 0029 hours and the second test resulted in a BAC of .141 at 0030 hours. TUYAKBAYEV exhibited the same blowing problems that he demonstrated on the PAS device. TUYAKBAYEV was processed and charged with 36 CFR 4.23(a)(1) driving under the influence of alcohol, 36 CFR 4.23(a)(2) driving under the influence of alcohol with a BAC > .08, and VC5200 failure to display a front vehicle license plate. TUYAKBAYEV was released from custody at approximately 0200 hours and took a cab home.

| Officer Name: ERIC COLE | Officer Signature: E. Cole | Date: 01/19/2015 | Officer Unit: USPP FOD-SFFO-PATROL |
|---|---|---|---|
| Supervisor Name: | Supervisor Signature: | Date: | Region: State/Zone: Area/Duty Station: Site: Place: Point: |