# Exhibit A

STEVEN KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TUYAKBAYEV

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIYAR TUYAKBAYEV, ) <br> ) <br> Defendant. ) <br> ) | No. CR 15-00086 MEJ <br><br> DECLARATION OF DANIYAR TUYAKBAYEV IN SUPPORT OF DEFENDANT'S REPLY; MOTION TO SUPPRESS EVIDENCE <br><br> Date: July 30, 2015 <br> Time: 10:00am |

1. My name is Daniyar Tuyakbayev. I am 30 years old, and I live in San Francisco, California, and I am the registered owner of a 2014 Ford Mustang, license plate number 7APZ798.
2. On January 18, 2015, at around 11:30pm I was driving on Lincoln Boulevard towards the intersection of Lincoln Boulevard and Pershing Drive.
3. I was aware of the posted 30 mile per hour speed limit on Lincoln Boulevard on the night of January 18, 2015.
4. On the night of January 18, 2015, I was driving at the posted 30 mile per hour speed limit, and I did not exceed it.
5. As I approached the intersection of Lincoln Boulevard and Pershing Drive, about 300 feet away from the place I was ultimately commanded to pull over, I noticed a police vehicle parked at a bus stop with its red and blue police lights activated.

I swear under penalty of perjury that the foregoing is a true and correct statement. Signed on July 16, 2015.

*Daniyar Tuyakbayev*

CR 15-00086 MEJ; *United States v. Tuyakbayev*
Declaration of Daniyar Tuyakbayev in
Support of Reply to Gov't Opp'n to Def.
Mot. to Suppress Evidence                         - 1 -